IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Coloplast Corp.,*
*Pelvic Support System Products Liability Litigation*
*MDL No. 2387*
Civil Action No. __2:13-19069__

_____

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2387 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    _Karen I. Perry_____

2. Plaintiff Spouse

    _David Perry_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    _____

4. State of Residence

    _Texas_____

5. District Court and Division in which venue would be proper absent direct filing

    __Western District of Texas, Austin Division_____

    _____

6. Defendants (Check Defendants against whom Complaint is made):

    ☒   A.  Mentor Worldwide LLC


☒     B. Coloplast Corp.

☐     C. American Medical Systems, Inc. ("AMS")

☐     D. Ethicon, Inc.

☐     E. Ethicon, LLC

☐     F. Johnson & Johnson

☐     G. Boston Scientific Corporation

☐     H. C. R. Bard, Inc. ("Bard")

☐     I. Sofradim Production SAS ("Sofradim")

☐     J. Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction

☒     Diversity of Citizenship

☐     Other:_____

A. Paragraphs in First Amended Master Complaint upon which venue and jurisdiction lie:

____19, 20, 21_____

_____

_____

B. Other allegations of jurisdiction and venue

___Plaintiff is a citizen and resident of the State of Texas_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. T-Sling-Universal Polypropylene Sling;
- ☐ B. Aris-Transobturator Sling System;
- ☐ C. Supris-Suprapubic Sling System;
- ☐ D. Novasilk-Synthetic Flat Mesh;
- ☐ E. Suspend-Tutoplast Processed Fascia Lata;
- ☐ F. Exair-Prolapse Repair System;
- ☐ G. Axis-Tutoplast Processed Dermis;
- ☐ H. Restorelle;
- ☐ I. Smartmesh;
- ☐ J. Omnisure;
- ☐ K. Minitape;
- ☒ L. Coloplast Mesh Product(s), specific product name(s) unknown at present;
- ☐ M. Non-Coloplast Mesh Product(s) known as _____; and/or
- ☐ N. Other: _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☐ A. T-Sling-Universal Polypropylene Sling;
- ☐ B. Aris-Transobturator Sling System;
- ☐ C. Supris-Suprapubic Sling System;
- ☐ D. Novasilk-Synthetic Flat Mesh;
- ☐ E. Suspend-Tutoplast Processed Fascia Lata;
- ☐ F. Exair-Prolapse Repair System;
- ☐ G. Axis-Tutoplast Processed Dermis;

3

☐ H. Restorelle;

☐ I. Smartmesh;

☐ J. Omnisure;

☐ K. Minitape;

☒ L. Coloplast Mesh Product(s), specific product name(s) unknown at present;

☐ M. Non-Coloplast Mesh Product(s) known as _____;

☐ N. Other: _____

10. Date of Implantation as to Each Product

   \_\_August 5, 2011_____

   _____

   _____

11. Hospital(s) where Plaintiff was implanted (including City and State)

   \_\_St. Davis Oakwood Womens Center\_\_\_

   \_\_Round Rock, TX_____

12. Implanting Surgeon(s)

   \_David Friedburg, MD_____

   _____

13. Counts in the Master Complaint brought by Plaintiff(s)

   ☒ Count I - Negligence

   ☒ Count II - Strict Liability – Design Defect

   ☒ Count III - Strict Liability – Manufacturing Defect

   ☒ Count IV - Strict Liability – Failure to Warn

   ☒ Count V - Strict Liability – Defective Product

   ☒ Count VI - Breach of Express Warranty

☒ Count VII - Breach of Implied Warranty

☒ Count VIII - Fraudulent Concealment

☒ Count IX - Constructive Fraud

☒ Count X - Discovery Rule, Tolling and Fraudulent Concealment

☒ Count XI - Negligent Misrepresentation

☒ Count XII - Negligent Infliction of Emotional Distress

☒ Count XIII - Violation of Consumer Protection Laws

☒ Count XIV - Gross Negligence

☒ Count XV - Unjust Enrichment

☒ Count XVI - (By the Spouse) – Loss of Consortium

☒ Count XVII - Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____

s/Brady R. Thomas
_____
Attorneys for Plaintiff

Richardson, Patrick, Westbrook and Brickman, LLC

Address and bar information:

RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1750 Jackson Street
Barnwell, SC 29812
Telephone 803-541-7838
Facsimile 803-541-9625
Brady R. Thomas (SC Fed ID 9623)
bthomas@rpwb.com